UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re:<br><br>BINGTUAN YIN and<br>XIANGLING KONG,<br><br>　　　　　Debtors. | Case No. 21-10653-KHK<br><br>Chapter 7 |
| TRINA BENGTSSON,<br><br>　　　　　Plaintiff-Creditor<br><br>v.<br><br>BINGTUAN YIN and<br>XIANGLING KONG,<br><br>　　　　　Defendants. | Adv. Proc. No. 21-01043-KHK |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter comes before the Court on the Motion to Withdraw as Counsel filed by the Boleman Law Firm, P.C. and a hearing having been conducted by Court via Zoom for Government on December 7, 2021; and appearances having been made by Amanda DeBerry Koehn of the Boleman Law Firm, P.C., and Andrea Davison, Counsel for Plaintiff and the Court having heard the parties and duly considered the matter, it is hereby

ORDERED, that the Boleman Law Firm, P.C. be permitted to withdraw as counsel of record for the Defendant;

It is further ORDERED that the Clerk shall mail copies of this Order, once entered, to all parties on the attached service list.

Amanda DeBerry Koehn (VSB #83805)
2104 W. Laburnum Ave, Suite 201
Richmond, VA 23227
Telephone: (804)614-5243
Counsel for Debtor/Defendant

Date: Dec 9 2021

/s/ Klinette H Kindred

_____
United States Bankruptcy Judge

Entered on Docket: Dec 9 2021

I ask for this:

/s/Amanda DeBerry Koehn
Amanda DeBerry Koehn (VSB#83805)
Boleman Law Firm, P.C.
2104 W. Laburnum Ave, Suite 201
Richmond, VA 23227
Telephone (804) 358-9900
Counsel for Debtors/Defendants


Seen:


/s/Andrea Davison
Andrea Davison
Counsel for Plaintiff


**CERTIFICATION**

    Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

                      /s/ Amanda DeBerry Koehn
                      Counsel for Debtors/Defendants

## Parties to Receive Copies

Boleman Law Firm, P.C.
2104 W. Laburnum Ave, Suite 201
Richmond, VA 23227

Andrea Davison
2311 Wilson Blvd., Suite 500
Arlington, VA 22201

Bingtuan Yin & Xiangling Kong
81 ½ Kinnaird Street
Cambridge, MA 02139