Bingtuan Yin, Xiangling Kong
December 31, 2021
Address: 4510 Chateau, Rd
Orlando, FL 32808

In re : Defendant Bingtuan Yin and Xiangling Kong, Case No. 21-01043-KHK

To the honorable Judge Kindred:

The following explanation about our bankruptcy case, now that our attorney has withdrawn to represent us because we could no longer brower money to pay the retainer and we have no money to hire another attorney to handle the case, we can only write a letter to explain the situation. The content of the letter is truly and credible.

1. The basic situation of the case. Bankrupt Xiangling Kong & Bingtuan Yin are managers of Sunnyworld international, located in WA, a daycare. Ms.Bengtsson is the daycare director employed by the company. The daycare has a capacity of 93 children and during the 18 months Ms.Bengtsson managed the daycare and the daycare reached only 31 children. Far from reaching the 90 required tasks agreed by the board of directors, due to that the daycare has been losing a lot of money. The board of directors decided to dismiss Ms.Bengtsson, and Xiangling Kong did the execution of her duties as the company's CEO. We (Xianglong Kong and Bingtuan Yin) had absolutely no intention to willfully and maliciously terminate Ms.Bengtsson.

2. Due to the impact of the pandemic , the daycare was closed in 2020, and the landlord cancelled the lease contract and there are no repayable assets. We collected lots of debt that we couldn't pay off. While bankruptcies, lawsuits and our companies took a toll on our mental health. Xiangling Kong suffered severe depression and lost the ability to work, and has been on medication; depending on her conditions, her doctor will adjust her medication strength. BingtuanYin suffered from severe anxiety disorder and obsessive-compulsive disorder and lost the ability to work. I'm taking medication to suppress it. Only when my condition improves, I can do some simple work. We relied on unemployment benefits and support from friends and relatives.

4. The majority of the judgment amount is attorney fees. Initially, Ms.Bengtsson asked for $58,500 in compensation and after the lawsuit she got $50,000 from the total judgement. We want to make an additional financial compensation to Ms.Bengtsson for $20,000. My current wage is in the range of $1800-2100 per month, minus the necessary living expenses. We plan to pay $300-400 per month for a total of 50 months.

5. We have lost all our money, no house, no car, no stable place to live and no stable jobs, while we have to support two children aged 5 and 7. We hope your honor can give us a fair judgment and hope of survival.

Sincerely,

Bingtuan Yin, Xiangling Kong